FILED IN
COURT OF CRIMINAL APPEALS

April 10, 2015

ABEL ACOSTA, CLERK

PD-0207-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/9/2015 2:06:40 PM
Accepted 4/10/2015 10:43:17 AM
ABEL ACOSTA
CLERK

CAUSE NO. PD-0207-15

Troy Carnell Sadler

Texas Court of Criminal Appeals

Appellant

Vs.

State of Texas, Appellee

Defendant

## STIPULATED NOTICE OF SUBSTITUTION OF COUNSEL

Comes Now the Defendant, Troy Carnell Sadler by and through the undersigned counsel and hereby move that this Honorable Court grant the foregoing Stipulated Substitution of Counsel permitting attorney to withdraw as counsel in this matter and further permitting Carlo D'Angelo to enter an appearance in this matter as counsel of record. DATED March 3, 2015.

TIM CONE
State Bar #04660350
P.O. Box 413
Gilmer, Texas 75644
(903) 725-6270
e-mail: timcone6@aol.com

CARLO D'ANGELO
ATTORNEY AT LAW
100 East Ferguson, Suite 1210
Tyler, Texas 75702
Texas State Bar No. 24052664
Tel 903.595.6776
Fax 903.407.4119
carlo@dangelolegal.com

Troy Carnell Saddler, Defendant